```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                      Criminal No. 12-cr-80-01-JL

Leigh Alden Baker

## O R D E R

The assented to motion to reschedule jury trial (document no. 13) filed by defendant is granted; Final Pretrial is rescheduled to January 23, 2013 at 11:00 a.m.; Trial is continued to the two-week period beginning February 5, 2013, 9:30 a.m. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              _____
                                              Joseph N. Laplante
                                              Chief Judge

Date: November 6, 2012

cc: Andrew Scott Winters, Esq.
    Debra M. Walsh, Esq.
    U.S. Marshal
    U.S. Probation